UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MILLER ARCHITECTS AND BUILDERS, INC.,

        Plaintiff,

and

CONCRETE CONCEPTS OF CENTRAL MINNESOTA, LLC,

        Intervening Plaintiff,

vs.

WEST BEND MUTUAL INSURANCE, COMPANY, CINCINNATI INSURANCE COMPANY, ATLANTIC CASUALTY INSURANCE COMPANY, GRINNELL MUTUAL REINSURANCE COMPANY, STATE AUTO MUTUAL INSURANCE COMPANY, AND STARR SURPLUS LINES INSURANCE COMPANY,

        Defendants.

Case No.  18-CV-750

**COMPLAINT IN INTERVENTION**

Comes now Concrete Concepts of Central Minnesota, LLC. as intervener and for its Complaint in Intervention states and alleges as follows:

    1.    That at all times pertinent hereto, intervener Concrete Concepts of Central Minnesota, LLC. ("Concrete Concepts") was a flooring subcontractor for a building project in Grand Forks, North Dakota.  The project involved the construction of the facility known as Cardinal Point Apartments (the "Project") in Grand Forks, North Dakota.

    2.    That Plaintiff in Intervention Concrete Concepts contracted with Plaintiff Miller Architects and Builders, Inc. ("Miller Architects") to provide concrete work for the

Project.  Miller Architects served as general contractor for the owner of the Project, IRET – Cardinal Point, LLC.

       3.     On December 9, 2016, IRET filed an Arbitration Demand, seeking damages from Miller Architects for completion and correction costs allegedly incurred by IRET as a result of defective design and construction of the Project.

       4.     On July 10, 2017, Miller Architects filed a Demand for Arbitration and requested joinder of Concrete Concepts, among other subcontractors who performed work on the Project.  Through this pending Arbitration, IRET has asserted direct claims against Concrete Concepts.

       5.     That IRET- Cardinal Point, LLC has made claims in arbitration against Miller Architects relating to construction of the Project and has alleged direct claims against Concrete Concepts for concrete work performed on the Project.

       6.     That at the time of the subcontracted work, Concrete Concepts had in place an insurance policy through West Bend (See Contractors Businessowners Policy attached hereto as Exhibit A).  Concrete Concepts has sought indemnification from its insurer, West Bend, but the claim has been denied.

       7.     That Plaintiffs have commenced the instant action against Defendants West Bend Mutual Insurance Company, Cincinnati Insurance Company, Atlantic Casualty Insurance Company, Grinnell Mutual Reinsurance Company, State Auto Mutual Insurance Company, and Starr Surplus Lines Insurance Company alleging causes of action for breach of contract against each Defendant for failure to defend and indemnify Miller Architects from claims asserted against it  (See Summons and Complaint dated February 16, 2018 attached

hereto as Exhibit B).  For its second cause of action, Plaintiff Miller Architects seeks a declaratory judgment declaring that Defendants were obligated under the terms of the respective policies to defend and indemnify them against actions for damages.

8. On March 19, 2018, Defendant Starr Surplus Lines Insurance Company filed a notice of removal to remove the case from Stearns County District Court, Minnesota to the United States District Court for the District of Minnesota pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

## JURISDICTION AND VENUE

9. That Plaintiff Miller Architects and Builders, Inc. is a company licensed to do business in the State of Minnesota with a principal location of St. Cloud, Minnesota.

10. That Plaintiff in Intervention Concrete Concepts of Central Minnesota, LLC is a company licensed to do business in the State of Minnesota with a principal location of Sauk Rapids, Minnesota.

11. That Defendant West Bend Mutual Insurance Company is a foreign insurance company authorized to conduct business in Minnesota.

12. That Defendant Cincinnati Insurance Company is a foreign insurance company authorized to conduct business in Minnesota.

13. That Defendant Atlantic Casualty Insurance Company ("Atlantic Casualty") is a foreign insurance company authorized to conduct business in Minnesota.

14. That Defendant Grinnell Mutual Reinsurance Company ("Grinnell") is a foreign insurance company authorized to conduct business in Minnesota.

15. That Defendant Starr Surplus Lines Insurance Company ("Starr") is a foreign insurance company authorized to conduct business in Minnesota.

That the acts complained of herein all occurred in or near Stearns County, Minnesota.

## BREACH OF CONTRACT

16. That Concrete Concepts incorporates by reference all other paragraphs of the Complaint in Intervention.

17. That Defendant West Bend's failure to defend and indemnify Concrete Concepts from the claims asserted constitutes breach of contract.

18. That as a direct and proximate result of Defendant West Bend's breach of contract, Concrete Concepts will incur damages in an amount reasonably in excess of $50,000.00.

19. Concrete Concepts is entitled to judgment against Defendant West Bend in an amount reasonably in excess of $50,000, plus interest, costs, and attorney's fees incurred in the Underlying Arbitration and in this lawsuit.

## CONTRIBUTION AND INDEMNITY

20. That Plaintiff Miller Architects contracted with Concrete Concepts to perform various work on the Project, including work related to concrete work.

21. That, to the extent that Miller Architects is adjudged to be liable for any claims or amounts relating to the Project, Concrete Concepts is entitled to contribution and indemnity from West Bend Mutual Insurance Company.

22. That, to the extent that Concrete Concepts is adjudged to be liable for any claims or amounts relating to the Project, Concrete Concepts is entitled to contribution and indemnity from West Bend Mutual Insurance Company.

## CONTRACTUAL INDEMNITY

23. That Concrete Concepts' contract with West Bend entitle it to indemnity, contribution and defense, and costs of defense, by West Bend.

24. That Concrete Concepts' contract with Plaintiff Miller Architects provides, in pertinent part:

> "5.2  The Subcontractor agrees to assume entire responsibility and liability, to the fullest extent permitted by law for all damages or injury to all persons…resulting from or in any manner connected with, the execution of work provided for in this Subcontract…The Subcontractor further agrees to obtain, maintain, and pay for such Commercial General Liability insurance coverage and endorsements as will insure pursuant to the provisions of this paragraph."

(See Attached Subcontracts attached hereto as Exhibit C).

25. That Concrete Concepts has tendered the defense of this action to Defendant West Bend Mutual Insurance Company (See Letters attached hereto as Exhibit D).

26. That Defendant West Bend Mutual Insurance Company has continued to wrongfully refuse to indemnify Concrete Concepts in regards to the claims made by Plaintiff.

27. Concrete Concepts is entitled to attorney fees as to enforcement and defense of the contract between Concrete Concepts and West Bend, as well as all costs incurred in that enforcement and defense.

WHEREFORE, Intervener Concrete Concepts of Central Minnesota, Inc. prays judgment against Defendant West Bend for contribution and/or indemnity for any amounts it is adjudged to be liable together with its costs and disbursements herein and demands that, pursuant to the written contracts, West Bend Mutual Insurance Company provide Concrete Concepts indemnity, contribution and a defense in this action.

Dated this 13th day of July, 2018.

                                  RAJKOWSKI HANSMEIER LTD.

                                  By *s/Gordon H. Hansmeier*
                                    Gordon Hansmeier – 40770
                                    Attorneys for Intervening Plaintiff
                                    11 Seventh Avenue North
                                    P.O. Box 1433
                                    St. Cloud, Minnesota  56302
                                    Telephone: (320) 251-1055